IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD P. BROWN, SR.,<br>    Plaintiff, | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 09-2909 |
| ERIC COHEN, et al.,<br>    Defendants. | | |

### O R D E R

**AND NOW,** this 11th day of June, 2012, upon careful consideration of the defendants' motion for summary judgment (Doc. No. 47) and the plaintiff's response thereto (Doc. No. 50), **IT IS HEREBY ORDERED** that:

1. The defendants' motion for summary judgment is **GRANTED.**

2. The Clerk of Court is directed to mark this case **CLOSED.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.